IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

FILED
September 8, 2006

CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE ESTATE OF WILBERT LEE HENSON | ) ) ) | |
| V. | ) | 7-06-CV-44-R |
| | ) | |
| WICHITA COUNTY, TEXAS, ET AL | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that the Defendants' motion is granted in part and denied in part as follows:

1. That Plaintiffs will file Rule 7(a) replies in response to those Defendants who are sued in their individual capacities in accordance with the procedure set out in <u>Schultea v. Wood</u>, <u>supra</u>.

2. That those Defendants sued in their individual capacities are relieved from the obligation of responding to any discovery previously served or with which they are served in the future pending further order of the court.

3. That Defendants' motion insofar as it seeks a stay of discovery initiated by Plaintiffs and sought from Wichita County and Thomas J. Callahan in Callahan's official capacity is denied.

SO ORDERED this 8th day of September, 2006.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE